The People of the State of New York, Respondent, v. Henry Lankenau, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Woodward, Jenks and Thomas, JJ., concurred; Hirschberg, P. J., and Rich, J., dissented.

The People of the State of New York, Respondent, v. McDermott Dairy Company, Appellant.— The mere possession of the milk under· the circumstances of this case was not sufficient to justify a judgment of conviction. (See *People* v. *Timmerman*, 79 App. Div. 565; affd., 179 N. Y. 550.)— Judgment of the Municipal Court reversed and new trial ordered. Woodward, Jenks and Carr, JJ., concurred; Hirschberg, P. J., and Thomas, J., dissented.

The People of the State of New York ex rel. Peter F. Brady, Respondent, v. Maynard N. Clement, as State Commissioner of Excise, and William Watson, as Special Deputy Commissioner of Excise for the Borough of Brooklyn, Appellants.— Order and determination of the Special Term reversed and writ of certiorari dismissed, with costs, on the authority of *Matter of Ahlers* (141 App. Div. 891), decided herewith. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

The People of the State of New York ex rel. James H. Brennan, Appellant, v. R. Condit Eddy and Others, as Civil Service Commissioners and Constituting the Civil Service Commission of the City of New Rochelle, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

The People of the State of New York ex rel. Samuel D. Isaacson, Respondent, v. John J. Fallon, Warden of the City Prison of the Borough of Brooklyn, City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *People* v. *Brown* (140 App. Div. 591), decided by the Appellate Division in the First Department November 18, 1910. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.